November 05, 2004

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, TX 75202-3794
Mr. Jay C. English
English & Associates, P.C.
1201 Main Street, Suite 1414
Dallas, TX 75202-3780

RE: Case Number: 02-0902
 Court of Appeals Number: 05-01-01813-CV
 Trial Court Number: 01-00287

Style: GARLAND COMMUNITY HOSPITAL
 v.
 DEBI ROSE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |